**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BETH BECKER,**

    **Plaintiff,**

**vs.**                                                             **CASE NO.:**

**ST. PETERSBURG COLLEGE**
**BOARD OF TRUSTEES,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, BETH BECKER, by and through her undersigned counsel, sues the Defendant, ST. PETERSBURG COLLEGE BOARD OF TRUSTEES, and alleges as follows:

### JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

2.    Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3.    Plaintiff, BETH BECKER, is a resident of Pinellas County, Florida at all times material and worked for Defendant in this Juridical District during the applicable statute of limitations.

4.    Defendant, ST. PETERSBURG COLLEGE BOARD OF TRUSTEES, is a state college authorized and doing business in this Judicial District.

5.    Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(l)(A).

6.      Plaintiff was an employee of Defendant pursuant to 29 U.S.C. § 203(e)(l), Defendant was Plaintiff's employer within the meaning of 29 U.S.C. § 203(d), and Defendant employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

## FACTUAL ALLEGATIONS

7.      Plaintiff, BETH BECKER, has been employed as a non-exempt employee with Defendant for approximately the last 20 years.

8.      For many years, Plaintiff worked in excess of 40 hours per work week when both on-the-clock and off-the-clock hours were totaled.

9.      Defendant, however, did not compensate Plaintiff at a rate of time and one half her regular hourly rate for those hours over 40 worked in a given week.

## COUNT I
### (Fair Labor Standard Act - Overtime)

10.     Plaintiff realleges paragraphs one (1) through eight (8) as though set forth fully herein.

11.     The employment of Plaintiff provided for a forty (40) hour work week but throughout her respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

12.     At all times material, Defendant failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendant in excess of the maximum hours provided by law, but no provision was made by Defendant to compensate Plaintiff at the rate of time and one-half her regular rate of pay for the hours worked over forty (40) in a work week.

13.     Defendant's failure to pay Plaintiff the required overtime pay was intentional and willful.

14.     As a direct and legal consequence of Defendant's unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

WHEREFORE, Plaintiff, BETH BECKER, respectfully request all legal and equitable relief allowed by law including judgment against Defendant, ST. PETERSBURG COLLEGE FOUNDATION, INC., for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

15.     Plaintiff requests a jury trial on all issues so triable.

 Dated this 17th day of March, 2020.


**FLORIN, GRAY, BOUZAS, OWENS, LLC**

*/s/ Scott L. Terry*
**SCOTT L. TERRY, ESQUIRE**
Florida Bar No.: 77105
scott@fgbolaw.com
Secondary:   gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

*Attorneys for Plaintiff*