UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BETH BECKER,**

    **Plaintiff,**

vs.                                          CASE NO.:  8:20-CV-594-T-36AEP

**ST. PETERSBURG COLLEGE BOARD
OF TRUSTEES,**

    **Defendant.**
_____/

## JOINT REPORT REGARDING SETTLEMENT

COMES NOW, in accordance with the Court's Scheduling Order dated April 10, 2020 (Doc. 13), by and through their undersigned counsel, Plaintiff, BETH BECKER, and Defendant, ST. PETERSBURG COLLEGE BOARD OF TRUSTEES, hereby notify the Court that they have reached a tentative agreement but need an additional fourteen days to prepare the necessary paperwork.  Respectfully, the parties request that the Court permit further discussions until July 23, 2020.

Dated: July 9, 2020                                    Respectfully submitted,

                                                                  */s/ Scott L. Terry*
                                                                   Scott L. Terry, Esquire
                                                                   Florida Bar No.:  77105
                                                                   Email:  scott@fgbolaw.com
                                                                  Secondary email:  gina@fgbolaw.com
                                                                  Wolfgang M. Florin, Esquire
                                                                  Florida Bar No.:  907804
                                                                  Email:  wolfgang@fgbolaw.com
                                                                  FLORIN, GRAY, BOUZAS, OWENS, LLC
                                                                  16524 Pointe Village Drive, Suite 100
                                                                  Lutz, FL 33558
                                                                  Telephone:  (727) 254-5255
                                                                  Facsimile:  (727) 483-7942
                                                                  *Counsel for Plaintiff*

1

2

                */s/ Mark E. Levitt*
                Mark E. Levitt, Esquire
                Florida Bar No.:  193190
                Email:  mlevitt@anblaw.com
                Howard M. Waldman, Esquire
                Florida Bar No.:  1002881
                Email:  hwaldman@anblaw.com
                ALLEN, NORTON & BLUE, P.A.
                1477 W. Fairbanks Ave., Suite 100
                Winter Park, FL  32789
                Telephone:  (407) 571-2152
                Facsimile:  (407) 571-1496
                *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of this filing to all counsel of record in this case via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  */s/Mark E. Levitt*
                                                  Attorney